**Kathlene Julia TELESFORD, a/k/a Kathlene Julia Williams, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General of the United States, Respondent.**

**No. 05–2256.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2006.

Decided: June 21, 2006.

Franklyn N. Burke, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez

**342**

Wright, Assistant Director, Larry P. Cote, United States Department of Justice, Washington, D.C., for Respondent.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kathlene Julia Telesford, a native and citizen of Grenada, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the Immigration Judge's denial of adjustment of status. We have reviewed the record and the Board's order and affirm the denial of relief for the reasons stated by the Board. *See In Re: Telesford,* No. A77–561–439 (B.I.A. Oct. 12, 2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*